IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **8:04CR443** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CORRECTED |
| | ) | **ORDER** |
| DONNIE SPRAU, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's oral motion for hearing is granted.

(2)   A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 62) has been set before the undersigned United States district judge on Thursday, December 14, 2006, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)   The United States Marshal is directed to return the defendant to the district for the hearing.

November 30, 2006.          BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge

1