IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>vs.<br><br>DONNIE SPRAU,<br><br>                Defendant. | 8:04CR443<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 99), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> On May 30, 2012, the defendant shall be released to reside at NOVA in Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of his treatment plan and all rules of the NOVA facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

3) The Marshal shall have the defendant available for release from the Lincoln Federal Building holding area by no later than 9:00 a.m. on May 30, 2012, and shall release the defendant to an attorney or staff person from the Federal Public Defender's Office for transport to NOVA.

4) At the time of defendant's release to treatment, the U.S. Marshal's office shall provide him with a 30-day supply of any currently prescribed medication.

May 24, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge