IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CASE NO. 8:04CR443 |
| v. | ) ) | |
| DONNIE SPRAU, | ) ) ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 108, presently set for March 12, 2013. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED, that Mr. Sprau's revocation hearing scheduled in this case shall be continued until the 2nd day of April, 2013, at 12:00 noon. The defendant is ordered to appear at said time.

DATED this 20th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge